

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00160-CR

**IN RE** Steven **ROBLES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

Delivered and Filed:  March 28, 2018

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR LEAVE TO FILE PETITION DENIED AS MOOT

On March 15, 2018, relator filed a pro se letter with this court in which he states he wishes to inform this court that he intends to proceed with an application for leave to file a petition for writ of mandamus and a petition for writ of mandamus.  Relator also mentions an application for writ of habeas corpus.

We cannot discern the relief requested by relator.  We note that this court affirmed his conviction on May 10, 2017, and our mandate issued on July 19, 2017.  This court has no original habeas corpus jurisdiction in criminal matters.  *Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.).  In criminal matters, the courts authorized to issue writs of habeas

---

[1] This proceeding arises out of Cause No. 2015CR1302, styled *State of Texas v. Steven Robles*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.

corpus are the Texas Court of Criminal Appeals, district courts, and county courts. TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2015).

To the extent relator is requesting mandamus relief from his final conviction, we deny the petition for writ of mandamus because relator has failed to show any grounds on which he may be entitled to such relief. *See* TEX. R. APP. P. 52.8(a). Finally, we deny as moot relator's application for leave to file a petition for writ of mandamus because a motion for leave is not required for a petition filed in an intermediate appellate court. *See* TEX. R. APP. P. 52.1.

PER CURIAM

Do not publish